AO 455(Rev. 5/85) Waiver of Indictment

FILED

JAN 1 5 2015

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| DANIEL DUSEK | Case No.: 15CR131-SLS |

I, DANIEL DUSEK, the above named defendant, who is accused of committing the following offenses:

Title 18, U.S.C., Sec. 371 – conspiracy to commit bribery

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/15/14__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER