

1  LAURA E. DUFFY
   United States Attorney
2  MARK W. PLETCHER
   Colorado State Bar No. 34615
3  ROBERT S. HUIE
4  California State Bar No. 237374
5  Assistant U.S. Attorneys
   880 Front Street, Room 6293
6  San Diego, California 92101-8893
7  Telephone: (619) 546-9714

8  Attorneys for Plaintiff
9  United States of America

10
11              UNITED STATES DISTRICT COURT
12             SOUTHERN DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,        | Case No. 15CR131-JLS
14 |                                  |
15 |           Plaintiff,             | **NOTICE OF RELATED CASE**
16 |        v.                        |
17 | DANIEL DUSEK,                    |
18 |                                  |
19 |           Defendant.             |

20 TO THE CLERK OF THE COURT:
21     Please take notice that the above entitled case is related to <u>United States v.
22 Leonard Glenn Francis et al.</u>, Case No. 13-CR-3781-JLS, <u>United States v. Leonard
23 Glenn Francis et al.</u>, Case No. 13-CR-3782-JLS, and <u>United States v. Leonard Glenn
24 Francis et al.</u>, Case No. 13-CR-4287-JLS, pursuant to Local Rule 57.2.1, Related
25 Cases. The United States Attorney certifies the cases are related for the following
26 reason(s):
27     ____ (1)  More than one indictment or information is filed or pending
28            against the same defendant or defendants;

    \_\_\_\_ (2)    Prosecution against different defendants arises from:

             \_\_\_\_ (a)    a common wiretap,

             \_X\_ (b)    a common search warrant,

             \_\_\_\_ (c)    activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED:

*[signature]*

LAURA E. DUFFY
United States Attorney

2